No. 88–7352. HARDEN ET UX. *v.* FEDERAL LAND BANK OF OMAHA. Ct. App. Iowa. Certiorari denied. 

No. 88–7353. BROOKS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 88–7359. GIBSON *v.* TURNER, SUPERINTENDENT, RENZ CORRECTIONAL CENTER AT CEDAR CITY, MISSOURI. C. A. 8th Cir. Certiorari denied.

No. 88–7360. HARRIS *v.* CITY OF COLUMBIA ET AL. C. A. 8th Cir. Certiorari denied. 

No. 88–7361. ALSTON *v.* GLUCH, WARDEN. C. A. 11th Cir. Certiorari denied. 

No. 88–7362. MCDONALD *v.* YELLOW CAB METRO, INC. Sup. Ct. Tenn. Certiorari denied.

No. 88–7363. STELLJES *v.* SLOPER. Sup. Ct. Ore. Certiorari denied.

No. 88–7364. MARTINEZ *v.* NEW MEXICO ET AL. Sup. Ct. N. M. Certiorari denied. 

No. 88–7366. HOOPER *v.* SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 11th Cir. Certiorari denied. 

No. 88–7367. GREGOR *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. 

No. 88–7368. GETTY *v.* WEBSTER ET AL. C. A. 9th Cir. Certiorari denied. 

No. 88–7370. MONTEIRO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. 

No. 88–7372. ZATKO *v.* BUNNELL, SUPERINTENDENT, CALIFORNIA CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 88–7375. CADENA-SANTOS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.